**SKIBA LAW GROUP, PLC**
John N. Skiba (022699)
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
T: (480) 420-4028  F: (480) 302-7844
Email: john@skibalaw.com
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| DESIREE DANCER,<br><br>            Plaintiff,<br><br>v.<br><br>WAYNE P. MARSH, P.C. D/B/A MARSH LAW GROUP, an Arizona Professional Corporation; ALCO CAPITAL GROUP, LLC, a Wisconsin limited liability company; JIMMY BRACY and JANE DOE BRACY, husband and wife; MARY LYNN and JOHN DOE LYNN, wife and husband,<br><br>            Defendants. | **Case No: 2:14-cv-02439-GMS**<br><br>**STATUS REPORT** |

   Plaintiff Desiree Dancer, through counsel, and pursuant to this Court's order, does hereby submit a Status Report.  The parties to this matter have tentatively reached an agreement that will resolve all claims against all parties.  The parties are in the process of drafting the various documents to memorialize the agreement. It is anticipated that such discussions will be finalized within the next seven (7) days at which time the parties will file a notification with the court.

   **DATED** this 15th day of January, 2015.

                              Skiba Law Group, PLC


                              _____
                              John N. Skiba
                              *Attorney for Plaintiff*

-1-

1  **ORIGINAL** of the foregoing filed ECF on this 15th day of January, 2015 with:

2  The United States District Court
   401 West Washington Street
3  Suite 130
   Phoenix, Arizona 85003

4

   COPIES of the foregoing sent via US Postal Service on the 15th day of January, 2015 to:
5

   Bryan Sandler, Esq.
6  Sandler Law Group, LLC
   2111 East Highland Avenue, Suite B440
7  Phoenix, Arizona 85016
   Attorney for Defendant Wayne P. Marsh, P.C.

8
   Jason Mullis, Esq.
9  Jacob Fleming, Esq.
   Wood, Smith, Henning & Berman, LLP
10 2525 East Camelback Road, Suite 450
   Phoenix, Arizona 85016
11 Attorneys for Defendants Jimmy Bracy and Mary Lynn

12

13 By:__/s/ Leah Judd_____

14

15

16

17

18

19

20

21

22

23