**SKIBA LAW GROUP, PLC**
John N. Skiba (022699)
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
T: (480) 420-4028  F: (480) 302-7844
Email: john@skibalaw.com
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| DESIREE DANCER,<br><br>            Plaintiff,<br><br>v.<br><br>WAYNE P. MARSH, P.C. D/B/A MARSH LAW GROUP, an Arizona Professional Corporation; ALCO CAPITAL GROUP, LLC, a Wisconsin limited liability company; JIMMY BRACY and JANE DOE BRACY, husband and wife; MARY LYNN and JOHN DOE LYNN, wife and husband,<br><br>            Defendants. | **Case No: 2:14-cv-02439-GMS**<br><br>NOTICE OF DISMISSAL |

    Plaintiff Desiree Dancer, through counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., does hereby provide Notice of the Dismissal of this matter with prejudice as to all Defendants.

    **DATED** this 29th day of January 2015.

                                     Skiba Law Group, PLC

                                     _____
                                     John N. Skiba
                                     *Attorney for Plaintiff*

ORIGINAL of the foregoing filed ECF on this 29th day of January 2015 with:

The United States District Court
401 West Washington Street
Suite 130
Phoenix, Arizona 85003

COPIES of the foregoing sent via US Postal Service on the 29th day of January 2015 to:

Bryan Sandler, Esq.
Sandler Law Group, LLC
2111 East Highland Avenue, Suite B440
Phoenix, Arizona 85016
*Attorney for Defendant Wayne P. Marsh, P.C.*

Jason Mullis, Esq.
Jacob Fleming, Esq.
Wood, Smith, Henning & Berman, LLP
2525 East Camelback Road, Suite 450 Phoenix, Arizona 85016
*Attorneys for Defendants Jimmy Bracy and Mary Lynn*

Alco Capital Group, LLC
745 5th Avenue
New York, New York 10151-0099

By:__/s/ Leah Judd_____